

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann
~~JOHN BEN SHEPPERD~~
~~ATTORNEY GENERAL~~

AUSTIN 11, TEXAS

Hon. George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Opinion No. 0-3580
Re: Whether motor bus companies and motor carriers may collect from their customers the tax levied by Article 14 of House Bill No. 8, 47th Legislature.

Dear Sir:

In your letter of May 20, 1941, you direct our attention to Article 14 of House Bill No. 8, 47th Legislature which provides that motor bus companies and motor carriers operating under authority of the Railroad Commission shall pay an occupation tax equal to 2.2 percent of their gross receipts, and request our opinion as to whether such carriers may require their customers to pay such tax.

As noted above the statute levies this tax against the motor bus companies, motor carriers and contract carriers themselves, not against their customers. Thus it is incumbent upon the carriers to pay the tax. Article 911a, Vernon's Annotated Civil Statutes, relating to motor bus transportation and regulation thereof by the Railroad Commission of Texas provides in Section 4(a) thereof that:

"The Commission is hereby vested with power and authority and it is hereby made its duty . . . to fix or approve the maximum or minimum or maximum and minimum fares, rates or charges of . . . each motor bus company."

Article 911b, Vernon's Annotated Civil Statutes relates to the regulation of motor carriers and in Section 4 (a) thereof it is provided that:

"The Commission is hereby vested with power and authority and it is hereby made its duty . . . to fix, prescribe or approve the maximum or minimum, or maximum and minimum rates, fares and charges of each motor carrier in accordance with the specific provisions herein contained", etc.

From the above it is seen that any action on the part of the carriers in adding the amount of the tax to the charges fixed against the customers would amount to the raising of the rates and fares charged for their services. Whether such carriers can increase their charges is a question to be worked out

Hon. George H. Sheppard, page 2

between them and the Railroad Commission.

Yours very truly

APPROVED MAY 26, 1941

ATTORNEY GENERAL OF TEXAS

/s/ Grover Sellers

By /s/ Glenn R. Lewis

FIRST ASSISTANT ATTORNEY
GENERAL

Glenn R. Lewis, Assistant

APPROVED: OPINION COMMITTEE
BY:        BWB, CHAIRMAN

GRL:lh:wb